UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEAN ROUX, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|   v. | )  Case No. 4:18-CV-01731-NCC |
| | ) |
| QC HOLDINGS, INC., | ) |
| | ) |
|    Defendant. | ) |

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Stipulation for Dismissal (Doc. 13). Plaintiff represents the parties stipulated to the dismissal of this action with prejudice, with each party to bear its own costs. The stipulation is signed by Plaintiff only and not by not all parties who have appeared. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). As this stipulation was filed before Defendant served an answer, the Court will construe it as a notice of dismissal. *See id.* 41(a)(1)(A)(i).

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED, with prejudice**, with each party to bear its own costs.

Dated this 29th day of January, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE